**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LESTER ATKINSON, JR.**                                                **PLAINTIFF**

**vs.**                                                     **CIVIL ACTION NO.: 3:14-CV-356-HTW-LRA**

**FEDERAL BUREAU OF PRISONS**                                   **DEFENDANT**
**(YAZOO MEDIUM)**

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING CASE

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket No. 6]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket No. 6]** is hereby **ADOPTED** as the order of this court.

Further, this hereby **DISMISSES** this lawsuit without prejudice. The parties are to bear their own costs.

**SO ORDERED, this this   26th     day of   April       , 2017.**

                                                          **s/ HENRY T. WINGATE**
                                                          **UNITED STATES DISTRICT COURT JUDGE**